UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

| | |
|---|---|
| THOMAS GESUALDI, LOUIS BISIGNANO, : | |
| MICHAEL O'TOOLE, MICHAEL C. BOURGAL, : | |
| DARIN JEFFERS, FRANK H. FINKEL, MARC : | |
| HERBST, THOMAS CORBETT, ROBERT G. : | Civil Action No.: |
| WESSELS and ROCCO TOMASSETTI, SR., as : | 2:24-cv-02049-SIL |
| Trustees and Fiduciaries of the Local 282 Welfare : | |
| Trust Fund, the Local 282 Pension Trust Fund, the : | |
| Local 282 Annuity Trust Fund, the Local 282 Job : | |
| Training Fund, and the Local 282 Vacation and Sick : | |
| Leave Trust Fund, : | |

                                        Plaintiffs,          :
                                                             :
                vs.                                          :
                                                             :
GWA MECHANICAL INC.,                                         :
                                                             :
                                        Defendant.           :
                                                             :
--------------------------------------------------------------------X

## <u>NOTICE OF MOTION FOR DEFAULT JUDGMENT</u>

TO:    GWA Mechanical Inc.
        3 Samuel Farm Lane
        Mendham, New Jersey 07945

        GWA Mechanical Inc.
        705 Skyline Drive
        Lake Hopatcong, New Jersey 07849

        PLEASE TAKE NOTICE that the undersigned will make application to this Court,

before the Honorable Steven I. Locke, U.S.M.J., at the United States Courthouse, 225 Cadman

Plaza East, Brooklyn, New York 11201, on a date and time to be set by the Court, for entry of a

default judgment in favor of Plaintiffs and against Defendant GWA Mechanical Inc.

Dated:  New York, New York
        June 7, 2024

                            Respectfully submitted,

                            */s/ Michael S. Adler*
                            Michael S. Adler
                            COHEN, WEISS AND SIMON LLP
                            909 Third Avenue, 12th Floor
                            New York, New York 10022
                            Telephone: (212) 563-4100
                            Facsimile:  (646) 473-8251
                            madler@cwsny.com

                            Attorneys for Plaintiffs