UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS GESUALDI, LOUIS BISIGNANO,
MICHAEL O'TOOLE, MICHAEL C. BOURGAL,
DARIN JEFFERS, FRANK H. FINKEL, MARC
HERBST, THOMAS CORBETT, ROBERT G.
WESSELS and ROCCO TOMASSETTI, SR., as
Trustees and Fiduciaries of the Local 282 Welfare
Trust Fund, the Local 282 Pension Trust Fund, the
Local 282 Annuity Trust Fund, the Local 282 Job
Training Fund, and the Local 282 Vacation and Sick
Leave Trust Fund,

                              Plaintiffs,

              vs.

GWA MECHANICAL INC.,

                              Defendant.
------------------------------------------------------------------X

Civil Action No.:
2:24-cv-02049-SIL

## PLAINTIFFS' STATEMENT OF AMOUNTS DUE

1.    Plaintiffs, the Trustees and fiduciaries of the above-captioned Local 282 Trust Funds (the "Funds"), respectfully submit this Statement of Amounts Due pursuant to Local Civil Rule 55.2.

2.    Pursuant to Sections 515 and 502(g)(2) of ERISA, 29 U.S.C. §§ 1145 and 1132(g)(2), Defendant GWA Mechanical Inc. is liable to the Funds in the amount of $517,365.98, consisting of:

    (a)    $3,514.01 in audited contributions due for the period from September 1, 2018 through October 1, 2019;

    (b)    $332,230.80 in estimated contributions for October 2021 through March 2024;

    (c)    $79,296.07 in total interest, plus owes $165.57 in per diem interest (which begins accruing on June 11, 2024);

    (d)    $93,371.88 in liquidated damages;

   (e)  $1,353.93 in audit fees; and

   (f)  $7,599.29 in attorney's fees and costs.

  3.  The amounts shown above are justly due and owing and all attorney's fees and costs sought to be taxed have been necessarily and actually incurred in the prosecution of this action.

Dated: New York, New York
    June 7, 2024

                Respectfully submitted,

                */s/ Michael S. Adler*
                Michael S. Adler
                COHEN, WEISS AND SIMON LLP
                909 Third Avenue, 12th Floor
                New York, New York 10022
                Telephone: (212) 563-4100
                Facsimile: (646) 473-8251
                madler@cwsny.com

                Attorneys for Plaintiffs