# Exhibit B

# Exhibit B

Case 2:24-cv-02010-MSN-tmp Document 31-5 Filed 04/16/24 Page 1 of 2 PageID #: 84

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: March 21, 2024
Index # 2:24-CV-02049-SIL

*THOMAS GESUALDI, ET AL*                                    Plaintiff

against

*GWA MECHANICAL INC.*                                       Defendant

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ March 22, 2024 _____, at _____ 11:00 AM _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

GWA MECHANICAL INC.                                         , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 55-60   Approx. Wt: 130lbs   Approx. Ht: 5'3"
Color of skin: White   Hair color: Black   Sex: Female   Other: _____

Sworn to before me on this
22nd day of March 2024

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
**Attny's File No.** 1128.00562
Invoice·Work Order # S1906536

***SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201***