# Exhibit C

COHEN, WEISS AND SIMON LLP

Invoice Date: 03/07/24            Invoice No: 106639            Matter No: 1128-00562

**Client.Matter No: 1128-00562**

**RE:   GWA Mechanical Inc.**

**PROFESSIONAL SERVICES**

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 2/06/24 | MSA | Review CBAs. | .20 |
| 2/06/24 | MSA | Review interest letter. | .10 |
| 2/15/24 | MSA | Review spreadsheet. | .20 |
| 2/22/24 | MSA | Revise letter to Company re amounts due. | .10 |
| 2/22/24 | CV | Review and revise demand letter re delinquent contributions and unreported remittances; email to MSH re same; in-office conference with MSH and GTK re same. | 1.90 |
| 2/26/24 | MSA | Email M. O'Toole re delinquency. | .10 |
| 2/26/24 | MSA | Draft memorandum to Trustees re delinquency. | .40 |
| 2/26/24 | MSA | Research Company. | .30 |
| 2/29/24 | MSA | Email M. O'Toole re delinquency. | .10 |
| | | **Total** | **3.40** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Tkpr | Title | Hours | Rate | Total |
|---|---|---|---|---|
| MSA | Partner | 1.50 | 335.00 | 502.50 |
| CV | Associate | 1.90 | 280.00 | 532.00 |
| | **Total** | **3.40** | | **$ 1,034.50** |

**MATTER TOTAL**                         **$ 1,034.50**

## MATTER HISTORICAL OVERVIEW

| | Fees | Disbursements | Total |
|---|---|---|---|
| Inception-To-Date | $ 1,034.50 | $ .00 | $ 1,034.50 |

**COHEN, WEISS** AND **SIMON** LLP

Invoice Date: 04/09/24   Invoice No: 106901   Matter No: 1128-00562

**Client.Matter No: 1128-00562**

**RE:   GWA Mechanical Inc.**

**PROFESSIONAL SERVICES**

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 3/05/24 | CV | Email to MSH and MSA re meeting to discuss drafting of complaint. | .10 |
| 3/06/24 | MSA | Review November 2023 referral document. | .10 |
| 3/06/24 | CV | Review email from MSA re client report on upcoming lawsuit. | .30 |
| 3/07/24 | MSA | Review remittance reports. | .10 |
| 3/15/24 | CV | Review and revise draft of complaint re unpaid and late contributions with interest and failure to submit remittance reports. | 3.10 |
| 3/19/24 | MSA | Email O. Bhatti re audit status. | .10 |
| 3/19/24 | MSA | Draft Complaint. | .50 |
| 3/19/24 | CV | Review and revise complaint re collections of unpaid contributions, failure to submit an audit and failure to submit remittance reports; email to MSA re same; email to BSL and MSA re same. | 1.30 |
| 3/20/24 | MSA | Email B. Levine re complaint. | .10 |
| 3/20/24 | MSA | Draft complaint. | .20 |
| 3/20/24 | MSA | Review corporate disclosure statement. | .10 |
| 3/20/24 | CV | Email to MSA re Eastern District of New York admission and notice of appearance in ongoing complaint; email to EWL to confirm admission status; email to MSH re notice of appearance. | .60 |
| 3/21/24 | MSA | Review Court issued summons. | .10 |
| | | **Total** | **6.70** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Tkpr | Title | Hours | Rate | Total |
|---|---|---|---|---|
| MSA | Partner | 1.30 | 335.00 | 435.50 |
| CV | Associate | 5.40 | 280.00 | 1,512.00 |
| | **Total** | **6.70** | | **$ 1,947.50** |

COHEN, WEISS AND SIMON LLP

Invoice Date: 04/09/24     Invoice No: 106901     Matter No: 1128-00562

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 3/22/24 | SERVICO, Process service fees, 3/22/2024, S1906536, | 78.00 |
| | **Total Disbursements** | **$ 78.00** |

| | |
|---|---:|
| **MATTER TOTAL** | **$ 2,025.50** |

## MATTER HISTORICAL OVERVIEW

| | Fees | Disbursements | Total |
|---|---:|---:|---:|
| Inception-To-Date | $ 2,982.00 | $ 78.00 | $ 3,060.00 |

COHEN, WEISS AND SIMON LLP

Invoice Date: 05/13/24   Invoice No: 107183   Matter No: 1128-00562

**Client.Matter No: 1128-00562**

**RE:   GWA Mechanical Inc.**

**PROFESSIONAL SERVICES**

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 4/15/24 | MSA | Review Court scheduling order. | .10 |
| 4/15/24 | MSA | Draft letter to Company re Court scheduling order. | .20 |
| 4/16/24 | MSA | Email J. Puccio re amounts due and remittance reports. | .20 |
| 4/16/24 | MSA | Review interest letter. | .10 |
| 4/16/24 | MSA | Telephone conference with J. Puccio re remittance reports. | .10 |
| 4/16/24 | MSA | Review client documents for default motion. | .60 |
| 4/16/24 | MSA | Review and revise request for clerk's entry of default and supporting documents. | .20 |
| 4/25/24 | MSA | Review Clerk's entry of default. | .10 |
|  |  | **Total** | **1.60** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Tkpr | Title | Hours | Rate | Total |
|---|---|---|---|---|
| MSA | Partner | 1.60 | 335.00 | 536.00 |
|  | **Total** | **1.60** |  | **$ 536.00** |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
|  | Express Mail | 47.29 |
|  | **Total Disbursements** | **$ 47.29** |

**MATTER TOTAL**            **$ 583.29**

## MATTER HISTORICAL OVERVIEW

|  | Fees | Disbursements | Total |
|---|---|---|---|

COHEN, WEISS AND SIMON LLP

Invoice Date: 05/13/24  Invoice No: 107183  Matter No: 1128-00562

|  | Fees | Disbursements | Total |
|---|---:|---:|---:|
| Inception-To-Date | $ 3,518.00 | $ 125.29 | $ 3,643.29 |

COHEN, WEISS AND SIMON LLP

Invoice Date: 6-06-24              Invoice No: Pre-Bill              Matter No: 1128.00562

Client.Matter No: 1128.00562                                                    Pre-Bill

**RE: GWA Mechanical Inc.**

**PROFESSIONAL SERVICES**

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 05/08/24 | MSA | Draft letter to Company re Court scheduling order. | 0.10 |
| 05/28/24 | MSA | Email J. Puccio re CBA. | 0.10 |
| 05/28/24 | MSA | Draft K. Jones declaration in support of motion for default judgment. | 1.40 |
| 05/28/24 | MSA | Email K. Jones re declaration in support of motion for default judgment. | 0.10 |
| 05/28/24 | MSA | Review CBAs. | 0.10 |
| 05/28/24 | MSA | Telephone conference with K. Jones re declaration in support of motion for default judgment. | 0.10 |
| 05/31/24 | MSA | Calculate amounts due. | 0.90 |
| 05/31/24 | MSA | Email J. Puccio re declaration in support of motion for default judgment. | 0.10 |
| 05/31/24 | MSA | Draft J. Puccio Declaration in Support of Motion for Default Judgment. | 2.40 |
| 05/31/24 | MSA | Email K. Jones re declaration in support of motion for default judgment. | 0.20 |
| 06/02/24 | MSA | Email J. Puccio re declaration in support of motion for default judgment. | 0.10 |
| 06/02/24 | MSA | Draft J. Puccio Declaration in Support of Motion for Default Judgment. | 0.10 |
| 06/03/24 | MSA | Draft J. Puccio Declaration in Support of Motion for Default Judgment. | 0.10 |
| 06/03/24 | MSA | Draft K. Jones declaration in support of motion for default judgment. | 0.10 |
| 06/03/24 | MSA | Calculate amounts due. | 0.40 |
| 06/03/24 | MSA | Draft MSA Declaration in Support of Motion for Default Judgment. | 2.70 |
| 06/04/24 | MSA | Email K. Jones re declaration in support of motion for default judgment. | 0.10 |
| 06/05/24 | MSA | Email M. Bulding and B. Levine re K. Jones declaration in support of motion for default judgment. | 0.20 |
| 06/05/24 | MSA | Draft notice of default motion. | 0.10 |
| 06/05/24 | MSA | Draft motion for default judgment. | 0.10 |
| 06/05/24 | MSA | Draft statement of amounts due. | 0.10 |
| 06/05/24 | MSA | Draft proposed judgment and order. | 0.20 |
| 06/05/24 | MSA | Draft K. Jones declaration in support of motion for default judgment. | 0.30 |
| 06/05/24 | MSA | Email K. Jones re declaration in support of motion for default judgment. | 0.30 |
| 06/05/24 | MSA | Draft MSA Declaration in Support of Motion for Default Judgment. | 0.20 |
| | | **Total** | **10.6** |

9564823.1

COHEN, WEISS AND SIMON LLP

**INVOICE SUMMARY OF PROFESSIONAL SERVICES**

| Atty | Title | Hours | Rate | Total |
|---|---|---|---|---|
| MSA | Partner | 10.6 | 335.00 | 3,551.00 |
| | Total | 10.6 | | $3,551.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 3/21/24 | USDC EDNY Filing Fee – American Express | 405.00 |
| | Total Disbursements | $405.00 |

| | |
|---|---|
| **TOTAL PROFESSIONAL SERVICES** | **$ 3,551.00** |
| **MATTER TOTAL** | **$ 3,956.00** |

9564823.1