# Exhibit D

# SERVICO®

SINCE 1924

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 3/22/2024 | S1906536 |

**Bill To**
Cohen Weiss and Simon
MADLEN S.
900 Third Avenue, 21st Floor
New York, NY 10022-4869

**Ship To**
Cohen Weiss and Simon
MADLEN S.
900 Third Avenue, 21st Floor
New York, NY 10022-4869

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
| 1128.00562 | PC | 1678 | 212356-0275 |

| Description | Amount |
|---|---|
| THOMAS GESUALDI, ET AL | |
| VS | |
| GWA MECHANICAL INC. | |
| SERVICE ON: GWA MECHANICAL INC. | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 25.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 6.00 |
| Disb Fee | 2.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

| | |
|---|---|
| Total | $78.00 |
| Payments/Credits | $0.00 |
| Balance Due | $78.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: March 21, 2024
Index # 2:24-CV-02049-SIL

THOMAS GESUALDI, ET AL   Plaintiff

against

GWA MECHANICAL INC.   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY   SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____March 22, 2024_____, at _____11:00 AM_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

GWA MECHANICAL INC.

, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, <u>2</u> true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee <u>40</u> dollars; That said service was made pursuant to Section <u>306 Business Corporation Law</u>. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: _55-60_   Approx. Wt: _130lbs_   Approx. Ht: _5'3"_
Color of skin: _White_   Hair color: _Black_   Sex: _Female_   Other: _____

Sworn to before me on this
_22nd_ day of March 2024

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
Attny's File No. 1128.00562
Invoice•Work Order # S1906536

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**