# Exhibit B

Case 2:24-cv-02049-MKB-SIL    Document 10-10    Filed 06/07/24    Page 1 of 3 PageID #: 161

## MEMORANDUM OF AGREEMENT

Building Material Teamsters Local 282 IBT ("the Union" or "Local 282") and the undersigned Employer (the "Employer") agree to enter into a collective bargaining agreement ("Agreement") that will contain the same terms and conditions of the 2013-18 Local 282 Building Material Freight Suppliers Agreement that was scheduled to expire by its terms on April 30, 2018, except as modified by the terms below.

1. **Economic Increase.** There shall be the following hourly economic increases:
    a. Effective May 1, 2018: $1.50 per hour
    b. Effective May 1, 2019: $1.50 per hour
    c. Effective May 1, 2020: $1.50 per hour
    d. Effective May 1, 2021: $1.50 per hour
    e. Effective May 1, 2022: 2.5% ($1.23 per hour)

2. **Allocation of Increases.** The economic increase shall be allocated as follows:
    a. Effective May 1, 2018:
        i. $.77/hour as an increase in the hourly rate of contribution to the Local 282 Welfare Trust Fund ("Welfare Fund") for a total contribution rate of $14.57/hour.
        ii. The remaining $.73 per hour to be allocated by the Union as between wages and the rate of contribution to the Local 282 Pension Trust Fund.
    b. Effective May 1, 2019:
        i. $.77/hour as an increase in the hourly rate of contribution to the Welfare Fund for a total contribution rate of $15.34/hour.
        ii. The remaining $.73 per hour to be allocated by the Union as between wages and the rate of contribution to the Local 282 Pension Trust Fund.
    c. Effective May 1, 2020:
        i. $.77/hour as an increase in the hourly rate of contribution to the Welfare Fund for a total contribution rate of $16.11/hour.
        ii. The remaining $.73 per hour to be allocated by the Union as between wages and the rate of contribution to the Local 282 Pension Trust Fund.
    d. The increases reflected in paragraphs 1.d and 1.e above shall be allocated by the Union as between wages and fringe benefit contributions when rates required for the Welfare Fund and the Local 282 Pension Trust Fund become actuarially determined.

3. Sections 1 and 15 of the collective bargaining agreement shall be amended to reflect the increases and allocations referenced in paragraphs 1 and 2 above.

4. **Duration.** The Agreement shall be effective May 1, 2018 through and including April 30, 2023. Section 33 shall be amended to reflect same.

*MIKE O'toole*

5. <u>Section 1.e (Dues Check-Off).</u> The following sentence shall be added as the fourth sentence of the first paragraph of Section 1.e: "Said sums shall be increased on notice from the Union after proper approval by the Union membership."

6. <u>Section 3 (Holidays).</u>
   a. The rate applicable to overtime work on all holidays shall be two (2) times the straight time hourly rate, and Section 3 shall be amended to reflect same.
   b. The second to last paragraph of Section 3 ("No work shall be done on Sundays or any of the holidays enumerated herein without prior special arrangement with the Union. ...") shall be deleted.

7. <u>Section 8 (Union Recognition).</u> The first sentence of Section 8 shall be deleted and replaced with the following:

   "The Union has offered to show the Employer, and the Employer acknowledges and agrees, that a majority of the Employees have authorized the Union to represent them in collective bargaining. Accordingly, the Employer hereby recognizes the Union as the sole and exclusive collective bargaining representative under Section 9(a) of the National Labor Relations Act of all Employees within the categories covered by this Agreement."

8. <u>Section 13 (Arbitration).</u> Section 13 shall be amended to delete Jack Tillem from and to add Aaron Shriftman to the list of impartial arbitrators.

9. <u>Section 27 (Non-Discrimination):</u> "Disability," "citizenship status," "gender" and "gender-identification" shall be added to the list of protected categories.

10. <u>Ratification:</u> This Agreement is subject to ratification by the Local 282 membership.

The signatories below represent that they are authorized to execute the agreement on behalf of the respective parties hereto:

FOR THE EMPLOYER:

GWA Mechanical, Inc
Full Company Name

By: _[signature]_    9/11/18
Signature    Date

GREGORY WNOROWSKI
Print Name

PRESIDENT
Title

BUILDING MATERIAL TEAMSTERS LOCAL 282:

By: _[signature]_    _____
Signature    Date

_____
Print Name

LOUIS BISIGNANO
SEC. TREASURER
Title