# Exhibit E

# Report Confirmation

Receipt Number 630505

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 10-1-2019
Payment Date: 10-3-2019
Contribution month: 9/2019
Period starting: 9-1-2019
Period ending: 9-30-2019
Due Date: 11-14-2019

Your payment of $9,424.00 has been submitted and your receipt number is 630505. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 400.00 | $6,136.00 |
| PENSION TRUST FUND | 400.00 | $3,288.00 |
|  | Total | $9,424.00 |

Receipt Number 630505

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 10-1-2019
Payment Date: 10-3-2019
Contribution month: 9/2019
Period starting: 9-1-2019
Period ending: 9-30-2019
Due Date: 11-14-2019

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|---|---|---|---|---|---|---|---|
| REDACTED | | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 633023

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 11-7-2019
Payment Date: 11-12-2019
Contribution month: 10/2019
Period starting: 10-1-2019
Period ending: 10-31-2019
Due Date: 12-15-2019

Your payment of $4,712.00 has been submitted and your receipt number is 633023. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 200.00 | $3,068.00 |
| PENSION TRUST FUND | 200.00 | $1,644.00 |
|  | Total | $4,712.00 |

Receipt Number 633023

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 11-7-2019
Payment Date: 11-12-2019
Contribution month: 10/2019
Period starting: 10-1-2019
Period ending: 10-31-2019
Due Date: 12-15-2019

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|---------------------------|-------------------|
| REDACTED | | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 634506

**G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)**
**705 SKYLINE DRIVE**
**LAKE HOPATCONG, NJ 07849**

Submission Date: 12-3-2019
Payment Date: 12-5-2019
Contribution month: 11/2019
Period starting: 11-1-2019
Period ending: 11-30-2019
Due Date: 1-14-2020

Your payment of $6,596.80 has been submitted and your receipt number is 634506. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 280.00 | $4,295.20 |
| PENSION TRUST FUND | 280.00 | $2,301.60 |
|  | Total | $6,596.80 |

Receipt Number 634506

**G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)**
**705 SKYLINE DRIVE**
**LAKE HOPATCONG, NJ 07849**

Submission Date: 12-3-2019
Payment Date: 12-5-2019
Contribution month: 11/2019
Period starting: 11-1-2019
Period ending: 11-30-2019
Due Date: 1-14-2020

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|---------------------------|------------------|
| REDACTED | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 120.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 280.00 | 280.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 636799

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 1-6-2020
Payment Date: 1-8-2020
Contribution month: 12/2019
Period starting: 12-1-2019
Period ending: 12-31-2019
Due Date: 2-14-2020

Your payment of $9,424.00 has been submitted and your receipt number is 636799. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 400.00 | $6,136.00 |
| PENSION TRUST FUND | 400.00 | $3,288.00 |
|  | Total | $9,424.00 |

Receipt Number 636799

**G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)**
**705 SKYLINE DRIVE**
**LAKE HOPATCONG, NJ 07849**

Submission Date: 1-6-2020
Payment Date: 1-8-2020
Contribution month: 12/2019
Period starting: 12-1-2019
Period ending: 12-31-2019
Due Date: 2-14-2020

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|--------------------------|--------------------|
| REDACTED | | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 638589

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 2-4-2020
Payment Date: 2-6-2020
Contribution month: 1/2020
Period starting: 1-1-2020
Period ending: 1-31-2020
Due Date: 3-16-2020

Your payment of $7,539.20 has been submitted and your receipt number is 638589. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 320.00 | $4,908.80 |
| PENSION TRUST FUND | 320.00 | $2,630.40 |
|  | Total | $7,539.20 |

Receipt Number 638589

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 2-4-2020
Payment Date: 2-6-2020
Contribution month: 1/2020
Period starting: 1-1-2020
Period ending: 1-31-2020
Due Date: 3-16-2020

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|---------------------------|------------------|
| REDACTED | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 320.00 | 320.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 641390

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 3-5-2020
Payment Date: 3-9-2020
Contribution month: 2/2020
Period starting: 2-1-2020
Period ending: 2-29-2020
Due Date: 4-14-2020

Your payment of $4,712.00 has been submitted and your receipt number is 641390. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 200.00 | $3,068.00 |
| PENSION TRUST FUND | 200.00 | $1,644.00 |
|  | Total | $4,712.00 |

Receipt Number 641390

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 3-5-2020
Payment Date: 3-9-2020
Contribution month: 2/2020
Period starting: 2-1-2020
Period ending: 2-29-2020
Due Date: 4-14-2020

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|---------------------------|-------------------|
| REDACTED | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 648497

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 7-15-2020
Payment Date: 7-17-2020
Contribution month: 3/2020
Period starting: 3-1-2020
Period ending: 3-31-2020
Due Date: 5-15-2020

Your payment of $4,335.04 has been submitted and your receipt number is 648497. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 184.00 | $2,822.56 |
| PENSION TRUST FUND | 184.00 | $1,512.48 |
|  | Total | $4,335.04 |

Receipt Number 648497

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 7-15-2020
Payment Date: 7-17-2020
Contribution month: 3/2020
Period starting: 3-1-2020
Period ending: 3-31-2020
Due Date: 5-15-2020

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|--------------------------|------------------|
| REDACTED | | 184.00 | 184.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 184.00 | 184.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 674097

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 7-20-2021
Payment Date: 7-22-2021
Contribution month: 6/2021
Period starting: 6-1-2021
Period ending: 6-30-2021
Due Date: 8-14-2021

Your payment of $2,978.40 has been submitted and your receipt number is 674097. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 120.00 | $1,933.20 |
| PENSION TRUST FUND | 120.00 | $1,045.20 |
|  | Total | $2,978.40 |

Receipt Number 674097

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 7-20-2021
Payment Date: 7-22-2021
Contribution month: 6/2021
Period starting: 6-1-2021
Period ending: 6-30-2021
Due Date: 8-14-2021

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|--------------------------|-------------------|
| REDACTED | | 120.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 120.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 676856

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 8-17-2021
Payment Date: 8-19-2021
Contribution month: 7/2021
Period starting: 7-1-2021
Period ending: 7-31-2021
Due Date: 9-14-2021

Your payment of $3,971.20 has been submitted and your receipt number is 676856. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 160.00 | $2,577.60 |
| PENSION TRUST FUND | 160.00 | $1,393.60 |
|  | Total | $3,971.20 |

Receipt Number 676856

G W A MECHANICAL INC – BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 8-17-2021
Payment Date: 8-19-2021
Contribution month: 7/2021
Period starting: 7-1-2021
Period ending: 7-31-2021
Due Date: 9-14-2021

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|---|---|---|---|---|---|---|---|
| REDACTED | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 678989

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 9-14-2021
Payment Date: 9-16-2021
Contribution month: 8/2021
Period starting: 8-1-2021
Period ending: 8-31-2021
Due Date: 10-15-2021

Your payment of $4,964.00 has been submitted and your receipt number is 678989. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 200.00 | $3,222.00 |
| PENSION TRUST FUND | 200.00 | $1,742.00 |
|  | Total | $4,964.00 |

Receipt Number 678989

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 9-14-2021
Payment Date: 9-16-2021
Contribution month: 8/2021
Period starting: 8-1-2021
Period ending: 8-31-2021
Due Date: 10-15-2021

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|---|---|---|---|---|---|---|---|
| REDACTED | | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 680849

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 10-7-2021
Payment Date: 10-12-2021
Contribution month: 9/2021
Period starting: 9-1-2021
Period ending: 9-30-2021
Due Date: 11-14-2021

Your payment of $3,971.20 has been submitted and your receipt number is 680849. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 160.00 | $2,577.60 |
| PENSION TRUST FUND | 160.00 | $1,393.60 |
| | Total | $3,971.20 |

Receipt Number 680849

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 10-7-2021
Payment Date: 10-12-2021
Contribution month: 9/2021
Period starting: 9-1-2021
Period ending: 9-30-2021
Due Date: 11-14-2021

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|--------------------------|-------------------|
| REDACTED | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Report Confirmation

Receipt Number 683015

**G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)**
**705 SKYLINE DRIVE**
**LAKE HOPATCONG, NJ 07849**

Submission Date: 11-9-2021
Payment Date: 11-12-2021
Contribution month: 10/2021
Period starting: 10-1-2021
Period ending: 10-31-2021
Due Date: 12-15-2021

Your payment of $397.12 has been submitted and your receipt number is 683015. Thank you for using the Local 282 Trust Funds online remittance system. Please print this document or record the above receipt number for your records and include this receipt number in any correspondence regarding this transaction.

|  | Total Hours | Total Billed |
|---|---|---|
| WELFARE TRUST FUND | 16.00 | $257.76 |
| PENSION TRUST FUND | 16.00 | $139.36 |

Total $397.12

Receipt Number 683015

G W A MECHANICAL INC - BLDG MATERIAL FREIGHT SUPPLIER(7141)
705 SKYLINE DRIVE
LAKE HOPATCONG, NJ 07849

Submission Date: 11-9-2021
Payment Date: 11-12-2021
Contribution month: 10/2021
Period starting: 10-1-2021
Period ending: 10-31-2021
Due Date: 12-15-2021

| SSN | Employee | Welfare Hours | Pension Hours | Annuity Hours | Job Training Hours | Vacation/Sick Leave Hours | Association Hours |
|-----|----------|---------------|---------------|---------------|--------------------|---------------------------|------------------|
| REDACTED | | 16.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 16.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 |