# Exhibit A



# WAGNER & ZWERMAN LLP
*Certified Public Accountants*

Mark Wagner, CPA
Andrew M. Zwerman, CPA
Vincent J. Preto, CPA
John Antinore, CPA
Kelly J. Schmidt, CPA

201 Old Country Road, Ste. 202
Melville, NY 11747
(631) 777-1000  Fax (631) 777-1008
e-mail: staff@wzcpafirm.com

March 1, 2021

Local 282 Trust Funds
2500 Marcus Avenue
Lake Success, NY 11042

RE:  G W A Mechanical Inc.          Bldg Material Freight
     705 Skyline Drive              Suppliers
     Lake Hopatcong, NJ 07849       # 7141
                                    Audit # 20-1143

Gentlemen:

We have applied agreed upon procedures related to the remittance reports filed by the above company for the period September 1, 2018 through October 1, 2019.

In this connection we have examined payroll records and other related data made available to us. The following discrepancies were determined:

### Welfare Trust Fund

| | | | | |
|---|---|---|---|---|
| May 2019 - June 2019 | 152.00 hrs @ | 15.3400 | $ | 2,331.68 |
| November 2018 | (3.00) hrs @ | 14.5700 | | (43.71) |
| | | Subtotal | $ | 2,287.97 |
| | | Interest | | 669.34 |
| | | | $ | 2,957.31 |

### Pension Trust Fund

| | | | | |
|---|---|---|---|---|
| May 2019 - June 2019 | 152.00 hrs @ | 8.2200 | $ | 1,249.44 |
| November 2018 | (3.00) hrs @ | 7.8000 | | (23.40) |
| | | Subtotal | $ | 1,226.04 |
| | | Interest | | 358.67 |
| | | | $ | 1,584.71 |

**WAGNER & ZWERMAN LLP**
*Certified Public Accountants*

Audit # 20-1143

| TOTAL FUNDS | $ | 3,514.01 |
|---|---|---|
| TOTAL INTEREST | | 1,028.01 |
| GRAND TOTAL | $ | 4,542.02 |

The hours reflected in this report represent all hours <u>reported</u> to the Funds. This report does not necessarily depict actual hours paid.

Very truly yours,

*[signature]*

Ken Jones
*Supervisor*

**Cost of Engagement**
$1,353.93

# Audit Worksheet Control Information
## Reporting Regular Hours

AUDIT CONTROL #: **20-1143**

Audit Period **9/1/2018 thru 10/1/2019**   100% Owner: **Yes**
Employer#: **7141**   Employer Name: **G W A MECHANICAL INC**   Estimated?: **No**
Industry Association:   Industry Code: **37**

| Books and Records Seen: | |
|---|---|
| ADP WEEKLY PAYROLL RECORDS, 941'S, NYS-45'S, GENERAL LEDGER, & CORPORATION TAX RETURN | Audit Date(s): 2/5/20 |
| | Company Rep: PAULA POPE |
| | Auditor Assigned: GARY CHEUNG & KEN JONES |

Business Activity:   MECHANICAL CONTRACTOR
Product/Service:   PIPING
Is the Employer a subsidiary of a parent company?   No   Comments:

| Individual Shareholder(s) by Stock Ownership | | Reported to Fund Office? |
|---|---|---|
| Name | PCT | |
| GRZEGORZ WNOROWSKI | 100 | No |

Is any member reported on this audit a spouse of the 100% owner?   No

Does the Company contribute to any other Union Trust Funds?   Yes   If yes, please list each Union Trust Fund.
   LOCAL 638

Do Company's books and records indicate any outside truck hires?   No

Are there any non signatory Affiliates(s)   No   If yes, please list them below or comment if N/A

Were the non-signatory's books and records provided?   N/A

If yes, was any Local 282 covered work found?   N/A   Comment below if yes or N/A.

<u>Additional Audit Comments</u>

*The hours reflected in this report represent all hours reported to the Funds. This report does not necessarily depict actual hours paid.*

# Audit Worksheet Control Information
## Reporting Regular Hours

AUDIT CONTROL #:   20-1143

Audit Period  **9/1/2018 thru 10/1/2019**

Employer#: **7141**     Employer Name: **G W A MECHANICAL INC**

Industry Association:

100% Owner: **Yes**
Estimated?: **No**
Industry Code: **37**

| AUDIT CONTROL #: 20-1143 | | | | | | | Audit Worksheet Summary | | | | | | Info Extracted: Dec-18-2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From: Sep-01-2018 | | | | | | | Reporting Regular Hours | | | | | | 100% Owner: Yes  Estimated?: ☐ | | |
| Employer#: 7141 | | | Employer Name: G W A MECHANICAL INC | | | | | | | | | | Industry Code: 37 | | |

| Period | WELFARE | | | PENSION | | | NOT APPLICABLE | | | NOT APPLICABLE | | | NOT APPLICABLE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Act / SS | Reported | Diff. | Act / SS | Reported | Diff. | Act / SS | Reported | Diff. | Act / SS | Reported | Diff. | Act / SS | Reported | Diff. |
| 2018-09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-10 | 40.00 | 40.00 | 0.00 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-11 | 136.00 | 139.00 | -3.00 | 136.00 | 139.00 | -3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-12 | 144.00 | 144.00 | 0.00 | 144.00 | 144.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Total | 320.00 | 323.00 | -3.00 | 320.00 | 323.00 | -3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-01 | 184.00 | 184.00 | 0.00 | 184.00 | 184.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-02 | 152.00 | 152.00 | 0.00 | 152.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-03 | 160.00 | 160.00 | 0.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-04 | 200.00 | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-05 | 264.00 | 152.00 | 112.00 | 264.00 | 152.00 | 112.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-06 | 288.00 | 248.00 | 40.00 | 288.00 | 248.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-07 | 360.00 | 360.00 | 0.00 | 360.00 | 360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-08 | 320.00 | 320.00 | 0.00 | 320.00 | 320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-09 | 400.00 | 400.00 | 0.00 | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Total | 2328.00 | 2176.00 | 152.00 | 2328.00 | 2176.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Emp Total | 2648.00 | 2499.00 | 149.00 | 2648.00 | 2499.00 | 149.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

From: **Sep-01-2018**  
Employer#: **7141**   Employer Name: **G W A MECHANICAL INC**  
SSN#: **REDACTED**   Employee Name: **REDACTED**  

100% Owner: **Y**  
Estimated?: ☐  
Industry Code: **37**

** Shop Steward Hours were not considered on this audit.

| Period | WELFARE | | | PENSION | | | NOT APPLICABLE | | | NOT APPLICABLE | | | NOT APPLICABLE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Reported | Diff. | Actual | Reported | Diff. | Actual | Reported | Diff. | Actual | Reported | Diff. | Actual | Reported | Diff. |
| 2018-09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-10 | 40.00 | 40.00 | 0.00 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-11 | 136.00 | 139.00 | -3.00 | 136.00 | 139.00 | -3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-12 | 144.00 | 144.00 | 0.00 | 144.00 | 144.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Total | 320.00 | 323.00 | -3.00 | 320.00 | 323.00 | -3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-01 | 184.00 | 184.00 | 0.00 | 184.00 | 184.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-02 | 152.00 | 152.00 | 0.00 | 152.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-03 | 160.00 | 160.00 | 0.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-04 | 200.00 | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-05 | 152.00 | 152.00 | 0.00 | 152.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-06 | 128.00 | 128.00 | 0.00 | 128.00 | 128.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-07 | 168.00 | 168.00 | 0.00 | 168.00 | 168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-08 | 160.00 | 160.00 | 0.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-09 | 200.00 | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Total | 1504.00 | 1504.00 | 0.00 | 1504.00 | 1504.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SSN Total | 1824.00 | 1827.00 | -3.00 | 1824.00 | 1827.00 | -3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Audit Worksheets
Reporting Regular Hours

From: Sep-01-2018  
Employer#: 7141  Employer Name: G W A MECHANICAL INC  
SSN#: REDACTED   Employee Name: REDACTED

Info Extracted: Dec-18-2019  
100% Owner: Y  
Estimated?: ☐  
Industry Code: 37

** Shop Steward Hours were not considered on this audit.

| Period | WELFARE Actual | Reported | Diff. | PENSION Actual | Reported | Diff. | NOT APPLICABLE Actual | Reported | Diff. | NOT APPLICABLE Actual | Reported | Diff. | NOT APPLICABLE Actual | Reported | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-05 | 112.00 | 0.00 | 112.00 | 112.00 | 0.00 | 112.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-06 | 160.00 | 120.00 | 40.00 | 160.00 | 120.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-07 | 192.00 | 192.00 | 0.00 | 192.00 | 192.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-08 | 160.00 | 160.00 | 0.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019-09 | 200.00 | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year Total | 824.00 | 672.00 | 152.00 | 824.00 | 672.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SSN Total | 824.00 | 672.00 | 152.00 | 824.00 | 672.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Audit Discrepancy Report (Excluding 100% Owners)

**Audit#:** 20-1143     **Employer:**  7141   G W A MECHANICAL INC

**Audit Period:** 9/1/2018 thru 10/1/2019

| Month / Member Name | SSN | Welfare | Pension | Annuity | Job Train | Vacation |
|---|---|---:|---:|---:|---:|---:|
| **November 2018** | | | | | | |
| REDACTED | REDACTED | -3.00 | -3.00 | 0.00 | 0.00 | 0.00 |
| Month Totals: | | **-3.00** | **-3.00** | **0.00** | **0.00** | **0.00** |
| **May 2019** | | | | | | |
| REDACTED | REDACTED | 112.00 | 112.00 | 0.00 | 0.00 | 0.00 |
| Month Totals: | | **112.00** | **112.00** | **0.00** | **0.00** | **0.00** |
| **June 2019** | | | | | | |
| REDACTED | REDACTED | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 |
| Month Totals: | | **40.00** | **40.00** | **0.00** | **0.00** | **0.00** |
| **Audit Totals:** | | **149.00** | **149.00** | **0.00** | **0.00** | **0.00** |

# Audit Discrepancy Report (for 100% Owners)

**Audit#:** 20-1143     **Employer:** 7141   G W A MECHANICAL INC
**Audit Period:** 9/1/2018 thru 10/1/2019

| Month / Member Name | SSN | Welfare | Pension | Annuity | Job Train | Vacation |
|---|---|---|---|---|---|---|

There are 100% Owners but no discrepancies.

# Audit Discrepancy Report

This report Includes 100% Owners and Regular Members

**Audit#:** 20-1143  **Employer:** 7141  G W A MECHANICAL INC
**Audit Period:** 9/1/2018 thru 10/1/2019

| Month / Member Name | SSN | Welfare | Pension | Annuity | Job Train | Vacation |
|---|---|---|---|---|---|---|
| **November 2018** | | | | | | |
| REDACTED | | -3.00 | -3.00 | 0.00 | 0.00 | 0.00 |
| Month Totals: | | -3.00 | -3.00 | 0.00 | 0.00 | 0.00 |
| **May 2019** | | | | | | |
| REDACTED | | 112.00 | 112.00 | 0.00 | 0.00 | 0.00 |
| Month Totals: | | 112.00 | 112.00 | 0.00 | 0.00 | 0.00 |
| **June 2019** | | | | | | |
| REDACTED | | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 |
| Month Totals: | | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 |
| **Audit Totals:** | | 149.00 | 149.00 | 0.00 | 0.00 | 0.00 |

# LOCAL 282

### Welfare, Pension, Annuity, & Job Training Trust Funds

2500 Marcus Avenue ▪ Lake Success, New York 11042-1018 ▪ (516) 488 2822 ▪ (718) 343 3322 ▪ (516) 488 4490 Fax



April 28, 2021

7141
G W A Mechanical Inc.
705 Skyline Drive
Lake Hopatcong, NJ 07849

Dear Employer:

Enclosed please find a copy of audit 20-1143 dated March 1, 2021, covering the period of September 1, 2018 to October 1, 2019 as prepared by the Fund's accountants Wagner & Zwerman, LLP.

This report reveals that additional contributions are due as follows:

| Fund | Contributions | | Interest | | Total |
|---|---|---|---|---|---|
| Welfare | $2,287.97 | + | $669.34 | = | $2,957.31 |
| Pension | $1,226.04 | + | $358.67 | = | $1,584.71 |
| Audit Fee | | | | = | $1,353.93 |

Kindly issue separate checks payable to each Trust Fund in the amounts due and a check payable to the Local 282 Trust Funds in the amount due for the audit fee. All payments are due 20 Days from the date of this letter.

If you overpaid as a result of a mistake of law or fact, pursuant to the Fund's policy for the return of overpaid contributions, you have one hundred & twenty (120) days from the date of this letter to make a written request for a credit toward future contributions.

Any disputes of this audit must be sent in writing to the attention of Collections Department.

Very truly yours,

Local 282 Trust Funds

W&Z #7266
mb
enc.

282419

