# Exhibit B

**AUDIT #   20-1143    G W A MECHANICAL        WZ Cost Date:       3/1/2021**
**CODE #    7141          INC.**
**PERIOD:   9/1/18 - 10/1/19**

**COST OF AGREED-UPON PROCEDURES ENGAGEMENT :**

|  | HOURS | RATE |  | COST |  |
|---|---|---|---|---|---|
| STAFF TIME | 14.25 | $ | 70.00 | $ | 997.50 |
| SUPERVISOR TIME | 2.50 | $ | 90.00 |  | 225.00 |
| PARTNER TIME | 0.50 | $ | 150.00 |  | 75.00 |
| MILEAGE |  |  |  |  | 22.43 |
| TOLLS |  |  |  |  | 34.00 |
| PARKING |  |  |  |  | - |
| **TOTAL COST** |  |  |  | $ | **1,353.93** |