UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

THOMAS GESUALDI, LOUIS BISIGNANO, MICHAEL O'TOOLE, MICHAEL C. BOURGAL, DARIN JEFFERS, FRANK H. FINKEL, MARC HERBST, THOMAS CORBETT, ROBERT G. WESSELS and ROCCO TOMASSETTI SR., as Trustees and Fiduciaries of the Local 282 Welfare Trust Fund, the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund, the Local 282 Job Training Fund, and the Local 282 Vacation and Sick Leave Trust Fund,

      Plaintiffs,

vs.

GWA MECHANICAL INC.,

      Defendant.

---------------------------------------------------------------- x

Civil Action No.:
2:24-cv-02049-SIL

## CERTIFICATE OF SERVICE

   I hereby certify that on June 7, 2024, I have caused true and correct copies of the foregoing Notice of Motion for Default Judgment, Motion for Default Judgment, Declarations of Joseph Puccio, Ken Jones, and Michael S. Adler (and accompanying exhibits), Memorandum of Law in Support of Motion for Default Judgment, Plaintiffs' Statement of Amounts Due, and proposed Default Judgment and Order to be served via U.S. first class mail upon:

GWA Mechanical Inc.
3 Samuel Farm Lane
Mendham, New Jersey 07945

GWA Mechanical Inc.
705 Skyline Drive
Lake Hopatcong, New Jersey 07849

                */s/ Michael S. Adler*
                Michael S. Adler